UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONSALL UNIFIED SCHOOL DISTRICT,<br><br>         Plaintiff,<br><br>v.<br><br>RICHARD C. and MELISSA C. on their own behalf and on behalf of student M.C., and M.C., a minor,<br><br>         Defendants. | Case No.: 17cv1386-W-MDD<br><br>**CASE MANAGEMENT ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS** |

Pursuant to Rule 16.1(d) of the Local Rules, a Case Management Conference was held on **December 19, 2017**. The status of the case, at this time, is that the cross-appeal of the decision of the Office of Administrative Hearings ("OAH") following a special education administrative "due process" proceeding pursuant to the Individuals with Disabilities Education Act ("IDEA"; 20 U.S.C. §1400 et seq.), is ready to proceed. Other causes of action brought by Defendants as counter-claims are subject to a pending motion to dismiss. The parties agreed that it is appropriate to proceed at this time with

the cross-appeals OAH order. The parties also recognized that discovery in connection with this type of proceeding, although available, is limited. *See, e.g., C.L. v. Independent School District of Boise City, No. 1,* 2013 WL 943838 *5, No. 1-12-cv-0390-CWD (D. Idaho March 11, 2013). Regarding the cross-appeals, **IT IS HEREBY ORDERED**:

1. The Administrative Record shall be filed on or before **January 31, 2018**.

2. All discovery shall be completed on or before **April 30, 2018**.

3. On or before **May 31, 2018**, the Plaintiff's motion for summary judgment shall be filed. Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion sufficiently in advance of the filing date. Failure to make a timely request for a motion date may result in the motion not being heard. It is anticipated that Defendants will file a cross-motion for summary judgment in connection with their response to Plaintiff's motion.

4. A mandatory settlement conference will be held upon joint request of the parties.

**IT IS SO ORDERED**.

Dated: December 22, 2017

Hon. Mitchell D. Dembin
United States Magistrate Judge